ORIGINAL

cc: TK

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

MICAH SMITH
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
micah.smith@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 08 2019

at 3 o'clock and 30 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR19 00027 DKW |
| Plaintiff, | INFORMATION |
| vs. | [18 U.S.C. § 371] |
| MICHAEL ALSIP, | |
| Defendant. | |

INFORMATION

The U.S. Attorney charges:

## Count 1
Conspiring to Commit an Offense against the United States
(18 U.S.C. § 371)

1. In or about October 2018, within the District of Hawaii, MICHAEL ALSIP, the defendant, and others known and unknown, knowingly and willfully did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, namely, to violate Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

2. It was a part and an object of the conspiracy that MICHAEL ALSIP, the defendant, would and did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed within the District of Hawaii:

   a. On or about October 25, 2018, MICHAEL ALSIP, the defendant, retrieved a parcel from a post office box in Hau'ula, Hawaii, which ALSIP believed contained mixtures and substances containing methamphetamine.

All in violation of Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATION

1. The allegations set forth in Count 1 of this Information are hereby re-alleged and incorporated by reference as though set forth in full herein for the purpose of noticing forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461.

2. The United States hereby gives notice that, upon conviction of the offense in violation of Title 18, United States Code, Section 371, set forth in Count 1 of this Information, MICHAEL ALSIP, the defendant, shall forfeit to the United States of America any and all property, real or personal, constituting or derived from any proceeds traceable to the commission of the offense charged in Count 1 of this Information.

3. If by any act or omission of the defendant, any of the property subject to forfeiture described in paragraph 2 above:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

the United States of America will be entitled to forfeiture of substitute property up to the value of the property described above in paragraph 2, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

DATED: ~~February __, 2019~~, at Honolulu, Hawaii.

MAR 0 8 2019

_____
KENJI M. PRICE
United States Attorney
District of Hawaii

_____
MICAH SMITH
Assistant U.S. Attorney


United States v. Michael Alsip
Information
Cr. No.